**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,<br><br>Defendants. | Civil Action No.: 24-cv-08147<br><br>**DEFENDANT JOE E. KIANI'S NOTICE OF MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER** |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on a date and time to be designated by the Court, in Courtroom 14D of the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, Defendant Joe E. Kiani will move the Court for an Order dismissing Plaintiff Masimo Corporation's ("Masimo") Complaint for lack of standing under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6) or, in the alternative, transferring this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

This motion is made and based on this Notice, the Memorandum of Law in Support of Defendant Joe E. Kiani's Motion to Dismiss the Complaint Or, In The Alternative, To Transfer

filed concurrently herewith, the pleadings and papers filed herein, including any reply papers filed by Mr. Kiani, on any oral argument that the Court may desire to consider, and on any such other evidence and argument that the Court may choose to consider.

Dated: December 16, 2024

Respectfully submitted,

**HUESTON HENNIGAN LLP**

*/s/ John C. Hueston*
Marshall A. Camp
John C. Hueston
Thomas A. Zaccaro*
Adam F. Minchew
1 Little W 12th St,
New York, NY 10014
Telephone: (646) 930-4060
Facsimile: (888) 866-4825
Email: jhueston@hueston.com
mcamp@hueston.com
tzaccaro@hueston.com*
aminchew@hueston.com

* Application for admission *pro hac vice* forthcoming

*Attorneys for Defendant Joe E. Kiani*

**CERTIFICATE OF SERVICE**

I, John C. Hueston, hereby state that on December 16, 2024, I caused this notice to be served on all counsel of record in the above-referenced action via the Court's CM/ECF system.

Dated: December 16, 2024
Los Angeles, California

By: */s/ John C. Hueston*
John C. Hueston