UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,<br><br>Defendants. | Case No.: 24-cv-08147-AKH<br><br>**THE RTW DEFENDANTS' NOTICE OF MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL** |

**PLEASE TAKE NOTICE** that defendants RTW Investments, LP, RTW Investments GP, LLC, RTW Master Fund, Ltd., RTW Offshore Fund One, Ltd., RTW Onshore Fund One, LP, RTW Innovation Master Fund, Ltd., RTW Innovation Offshore Fund, Ltd., RTW Innovation Onshore Fund, LP, and RTW Fund Group GP, LLC (collectively, the "RTW Clients"), Roderick Wong ("Dr. Wong") and Naveen Yalamanchi ("Dr. Yalamanchi") (together with Dr. Wong and the RTW Clients, the "RTW Defendants") will move this Court before the Honorable Alvin K. Hellerstein, United States District Court Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be designated by the Court, or as soon thereafter as the matter may be heard, for an Order disqualifying Schulte Roth & Zabel LLP ("Schulte") from serving as counsel for Plaintiff Masimo Corporation ("Plaintiff") in this action pursuant to the New York Rules of Professional Conduct Rules 1.7, 1.8 and 1.9, and the inherent power of federal courts to preserve the integrity of the adversary process.

In support of their motion, the RTW Defendants submit a Memorandum of Law in Support of the RTW Defendants' Motion to Disqualify, the Declaration of Alice Lee, Esq. and Exhibits L to Q attached thereto, and the Declaration of Sanford L. Michelman, Esq. and Exhibits R to T attached thereto.

Dated: New York, New York
December 23, 2024

Respectfully submitted,

**MICHELMAN & ROBINSON LLP**

By: : */s/ Sanford L. Michelman*

Sanford L. Michelman (*admitted pro hac vice*)
Warren Koshofer
Molly Wolfe
605 Third Avenue 30th Floor
New York, NY 10158
Tel.: 212-730-7400
wkoshofer@mrllp.com
mwolfe@mrllp.com

Mona Z. Hanna (*admitted pro hac vice*)
Todd Stitt (*admitted pro hac vice*)
Telephone (714) 557-7990
17901 Von Karman Ave, 10th Floor
Irvine, CA 92614
mhanna@mrllp.com
tstitt@mrllp.com

*Attorneys for Defendants Roderick Wong, Naveen Yalamanchi, RTW Investments, LP, RTW Investments GP, LLC, RTW Master Fund, Ltd., RTW Offshore Fund One, Ltd., RTW Onshore Fund One, LP, RTW Innovation Master Fund, Ltd., RTW Innovation Offshore Fund, Ltd., RTW Innovation Onshore Fund, LP, and RTW Fund Group GP, LLC*