UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,<br><br>Defendants. | Case No.: 24-cv-08147-AKH |

**DECLARATION OF ALICE LEE, ESQ. IN SUPPORT OF THE RTW DEFENDANTS' MOTION TO DISQUALIFY SCHULTE ROTH & ZABEL LLP**

Pursuant to 28 U.S.C. § 1746 and Local Civil Rules 1.9(a) and 7.1(a)(3), I, ALICE LEE, ESQ., declare under penalty of perjury that the following is true and correct:

1. I am an attorney duly admitted to practice in the State of New York.

2. I am Senior Counsel at RTW Investments, LP, together with RTW Investments GP, LLC, RTW Master Fund, Ltd., RTW Offshore Fund One, Ltd., RTW Onshore Fund One, LP, RTW Innovation Master Fund, Ltd., RTW Innovation Offshore Fund, Ltd., RTW Innovation Onshore Fund, LP, and RTW Fund Group GP, LLC (collectively, the "RTW Clients"), who, together with Roderick Wong and Naveen Yalamanchi (collectively, the "RTW Defendants") in the above-captioned action.

3. I offer this declaration pursuant to Rule 43(c) of the Federal Rules of Civil Procedure in support of the RTW Defendants' Motion to Disqualify Schulte Roth & Zabel LLP ("Schulte") from representing Plaintiff Masimo Corporation ("Plaintiff" or "Masimo") in the above-captioned action.

4. RTW Investments, LP retained Schulte in November 2021 "to represent and advise RTW Investments, LP, its affiliates, and the various funds and other vehicles that it manages or advises . . . in connection with general investment advice, securities law and related matters (the "Matter"). A true and correct copy of the parties' engagement letter, executed on November 4, 2021, is attached hereto as <u>**Exhibit L**</u> ("RTW Engagement Letter").

5. From November 2021 to present, the RTW Clients have relied on Schulte's counsel regarding [redacted]. A true and correct copy of invoices reflecting Schulte's professional services rendered for these matters between January 2023 and September 2024 is attached hereto as <u>**Exhibit M**</u> ("Schulte Invoices").

6. On July 3, 2024, I contacted Adrianna Schwartz ("Ms. Schwartz"), the RTW Clients' primary regulatory counsel at Schulte, to discuss [redacted]. Ms. Schwartz and I spoke over the course of two phone calls, each of which lasted several minutes. A true and correct copy of my phone records from July 2024 is attached hereto as <u>**Exhibit N**</u> ("Lee Phone Records"). These records reflect two calls on July 3, 2024 to the number 212-756-2346, which is Ms. Schwartz's phone number. The first call took place at 1:07 pm and lasted nine minutes; the second, at 1:17 pm, lasted five minutes.

7. During my conversations with Ms. Schwartz on July 3, 2024, I disclosed to Ms. Schwartz [redacted]. Ms. Schwartz advised [redacted]

8. On July 3, 2024, in connection with our phone conversation, Ms. Schwartz sent me an email with the subject line "[redacted]" containing [redacted] A true and correct copy of Ms. Schwartz's email and the press release linked therein is attached hereto as **Exhibit O** ("July 3, 2024 [redacted] Email with Press Release").

9. On July 3, 2024, I understand that Politan sent a letter to Plaintiff in which it accused Joe Kiani, Plaintiff's founder and then-CEO and Chairman of the Board of Directors ("Mr. Kiani"), of colluding with an unnamed investor to manipulate the shareholder vote at the upcoming Annual Meeting. I was not aware, and, to my knowledge, the RTW Clients were not aware, of this letter or the allegations therein until after Politan included it as an attachment to a Schedule 13D filed publicly with the Securities Exchange Commission on July 8, 2024.

10. On or around August 28, 2024, RTW Investments, LP received a subpoena from Politan in the action *Politan Capital Mgmt, LP v. Kiani*, Del. Ch. Ct. Case No. 2024-0755-NAC (the "Dismissed Delaware Action"). I understand that the subpoena purported to demand that "within 2 days of [its] receipt," RTW Investments, LP must produce, among other things, "All Documents and Communications" concerning "Masimo," "Kiani," "the election of directors at the Annual Meeting," and "Politan or Koffey." A true and correct copy of the subpoena, dated August 28, 2024, is attached hereto as **Exhibit P** ("August 28, 2024 Politan Subpoena").

11. The Politan Subpoena included a signature block naming Michael E. Swartz and Frank W. Olander from Schulte as attorneys for Politan. The receipt of the Politan Subpoena was the first time that I was made aware, and, to my knowledge, the RTW Clients were made aware, that their own regulatory counsel, Schulte, also represented Politan.

12. Upon receipt of the Politan Subpoena, I understand that Mr. Dar Patel ("Mr. Patel"), Chief Compliance Officer at RTW Investments, LP immediately contacted Ms. Schwartz regarding [redacted]

13. On September 3, 2024, Mr. Patel emailed Ms. Schwartz regarding [redacted] I understand that Ms. Schwartz responded to Mr. Patel's email on September 4, 2024. A true and correct copy of this email chain, titled "RTW Engagement Letter and Politan Subpoena," is attached hereto as **<u>Exhibit Q</u>** ("September 3, 2024 [redacted] Email Chain").

14. On September 5, 2024, I spoke with Ms. Schwartz via telephone regarding [redacted] Ms. Schwartz stated [redacted] As is my practice, I took notes during this call that reflect these statements by Ms. Schwartz.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2024

Alice Lee
ALICE LEE