# EXHIBIT 1

**From:** Adams, Randall
**To:** Molly Wolfe (NY); Sanford L. Michelman (LA); Mona Hanna (OC); Warren A. Koshofer (NY)
**Cc:** Olander, Frank; Simonson, Erika; Carlton, Alexandra (Alex); Michael Swartz
**Subject:** Masimo v. Kiani, et al., Case No. 24-cv-08147
**Date:** Tuesday, April 1, 2025 12:43:57 AM
**Attachments:** Image.gif

Counsel,

As you have seen on the docket, the lead counsel for plaintiff, Michael Swartz, has moved from Schulte to Quinn Emanuel. Quinn Emanuel will be handling the representation of plaintiff in this matter going forward.

Schulte and the other attorneys who have appeared on behalf of plaintiff in this action intend to make a motion to withdraw as counsel. Please confirm that the RTW defendants will withdraw their pending motion for disqualification and the request for sanctions raised in the reply brief if the motion to withdraw as counsel is granted.

Best,
Randall

**Randall T. Adams**

Partner

he/him/his

**T:** +1 212.756.2019

**E:** Randall.Adams@srz.com

Schulte Roth & Zabel LLP

919 Third Avenue, New York, NY 10022

srz.com | LinkedIn | Twitter

**From:**

'-----------------------------------------------------------------------------------------------------------
--------- NOTICE This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.