# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

MASIMO CORPORATION,

Plaintiff,

vs.

JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,

Defendants.

Case No.: 2:25-cv-03188-JVS-JDE
Hon. James V. Selna

**ORDER GRANTING RTW DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY MICHAEL E. SWARTZ AND QUINN EMANUEL URQUHART & SULLIVAN LLP [185]**

[Filed concurrently with the Declaration of Warren Koshofer; Redacted Version of Document Proposed to be Filed Under Seal; and Unredacted Version of Document Proposed to be Filed Under Seal]

Having considered the RTW Defendants' application for leave to file under seal the memorandum of law in support of the RTW Defendants' motion to dismiss Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan, LLP (the "Application"), the Court finds that good cause exists for sealing the requested information.

Therefore, IT IS HEREBY ORDERED that the Application is GRANTED. The RTW Defendants' Swartz/Quinn Disqualification Brief shall be filed under seal, and a redacted version shall be filed on the public docket.

DATED: July 16, 2025

HON. JAMES V. SELNA