**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASIMO CORPORATION,<br>Plaintiff,<br>v.<br>JOE E. KIANI et al.,<br>Defendants. | Case No. 2:25-cv-03188-JVS-JDE<br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON RTW DEFENDANTS' MOTION TO DISQUALIFY MICHAEL SWARTZ AND QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Judge: Hon. James V. Selna<br>Crtrm.: 10C |

Having considered the Joint Stipulation of Plaintiff Masimo Corporation ("Plaintiff") and Defendants Roderick Wong, Naveen Yalamanchi, RTW Investments, LP, RTW Investments GP, LLC, RTW Master Fund, Ltd., RTW Offshore Fund One, Ltd., RTW Onshore Fund One, LP, RTW Innovation Master Fund, Ltd., RTW Innovation Offshore Fund, Ltd., RTW Innovation Onshore Fund, LP, and RTW Fund Group GP, LLC (collectively "RTW," and together with Plaintiff, the "Moving Parties") to continue the hearing on RTW's Motion to Disqualify Michael Swartz and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn") from representing Plaintiff in this Action ("Swartz/Quinn Disqualification Motion", ECF 187) ("Stipulation") and finding good cause therefor, the Court hereby **GRANTS** the Stipulation and hereby Orders as follows:

The hearing on only the Swartz/Quinn Disqualification Motion is continued and re-scheduled to September 22, 2025 at 1:30 p.m.;

The briefing schedule for the Swartz/Quinn Disqualification Motion is as follows: (a) Plaintiff's Opposition is to be filed on or before August 28, 2025; and (b) RTW's Reply is to be filed on or before September 15, 2025;

DATED: ______________ ________________________________

Hon. James V. Selna