QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael E. Swartz *(pro hac vice)*
michaelswartz@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff Masimo Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,<br><br>Defendants. | Case No. 2:25-cv-03188-JVS-JDE<br><br>**NOTICE OF DISMISSAL OF DEFENDANT JOE E. KIANI PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>The Hon. James v. Selna<br>Courtroom 10C |

TO THE CLERK OF THE ABOVE-TITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Masimo Corporation ("Masimo") hereby dismisses, without prejudice, Defendant Joe E. Kiani from this action.

Dated: August 4, 2025

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr.

HARRY A. OLIVAR, JR.
harryolivar@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

MICHAEL E. SWARTZ *(pro hac vice)*
michaelswartz@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff Masimo Corporation*