UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

MASIMO CORPORATION,

Plaintiff,

vs.

JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,

Defendants.

Case No. 2:25-cv-03188-JVS-JDE

**ORDER GRANTING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE THE FIRST CAUSE OF ACTION OF THE AMENDED COMPLAINT [195]**

The Hon. James V. Selna
Courtroom 10C

Having considered the Parties' Joint Stipulation to Dismiss Without Prejudice the First Cause of Action of the Amended Complaint, and good cause appearing, the Court hereby **GRANTS** the Stipulation and hereby Orders as follows:

1. Plaintiff Masimo Corporation's First Cause of Action for Violation of Exchange Act Section 13(d), 15 U.S.C. 78m(d), Dkt. 100 at ¶¶ 112-121, is HEREBY DISMISSED WITHOUT PREJUDICE;

2. The hearing on Defendants' Motion to Dismiss Plaintiff Masimo Corporation's Section Cause of Action for Violation of Exchange Act Section 16(b), 15 U.S.C. 78p(b) shall proceed as scheduled on August 11, 2025, at 1:30 p.m.;

Nothing in this Order or the Parties Joint Stipulation shall be construed as a waiver of Defendants' rights to oppose any future request by Plaintiff to further amend the Complaint to re-assert a claim under Exchange Act Section 13(d), 15 U.S.C. 78m(d) or otherwise impact Masimo's Amended Complaint, including its Second Cause of Action for Violation of Exchange Act Section 16(b).

IT IS SO ORDERED.

DATED: August 06, 2025

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE