UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-03188-JVS(JDEx) | Date | August 11, 2025 |
| Title | Masimo Corporation v. Joe E. Kiani et al | | |

PRESENT:

**HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal for Elsa Vargas | Sharon Seffens |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Michael Swartz | Mary Wolfe |
| Robert Garsson | Mona Hanna |

**PROCEEDINGS: DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT [118]**

**DEFENDANT JOE KIANI'S MOTION TO DISMISS AMENDED COMPLAINT [121]**

Cause called and counsel make their appearances.

The Court's tentative ruling is issued. The Court hears oral argument from the parties. The Court takes the Motions under submission.

- : 41

Initials of Deputy Clerk rrp

cc: