QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
Joseph Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael E. Swartz *(pro hac vice)*
michaelswartz@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff Masimo Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

MASIMO CORPORATION,

Plaintiff,

vs.

JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,

Defendants.

Case No. 2:25-cv-03188-JVS-JDE

**DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF APPLICATION TO FILE UNDER SEAL**

The Hon. James v. Selna
Courtroom 10C
Hearing Date: September 22, 2025
1:30 P.M.

**DECLARATION OF HARRY A. OLIVAR, JR.**

I, Harry A. Olivar, Jr., declare as follows.

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff in this action. I am over the age of eighteen years and am competent to make this declaration. I have personal knowledge of the following facts and could testify competently to them if necessary.

2. Pursuant to Local Rule 79-5.2.2, I submit this declaration in support of Plaintiff's Application to File Under Seal Its Opposition to Defendants' Motion to Disqualify Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan LLP.

3. Defendants have designated as confidential, approved pursuant the Court's July 16, 2025 Order, certain language generally describing communications with and purported legal advice and services Defendants received from Schulte, Roth & Zabel LLP ("Schulte") and excerpts from the Schulte-RTW Engagement letter. The confidential excerpts are contained in the following documents:

(a) Plaintiff's Opposition to Defendants' Motion to Disqualify Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan, LLP, attached hereto as **Exhibit A.**

(b) Declaration of Attorney Harry S. Davis in Support of Plaintiff's Opposition to Defendant's Motion to Disqualify Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan LLP, attached hereto as **Exhibit B.**

4. On August 28, 2025**,** counsel for Plaintiff Masimo Corporation sent an email to counsel for the RTW Defendants and notified them of this application to file under seal. Defendants do not oppose this application. A true and correct copy of that email correspondence is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2025 in Boston, Massachusetts.

Harry A. Olivar, Jr.