UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MASIMO CORPORATION,

Plaintiff,

vs.

JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,

Defendants.

Case No. 2:25-cv-03188-JVS-JDE

**ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY; AND (2) DECLARATION OF ATTORNEY HARRY S. DAVIS [205]**

The Hon. James V. Selna
Courtroom 10C

Having considered Plaintiff Masimo Corporation's application for leave to file under seal (1) portions of Plaintiff's Opposition to Defendants' Motion to Disqualify Attorney Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan, LLP; and (2) portions of the Declaration of Attorney Harry S. Davis in Support of Plaintiff's

Opposition to Defendants' Motion to Disqualify, the Court hereby **GRANTS** Plaintiff's application.

It is hereby **ORDERED** that (1) Plaintiff's Opposition and (2) the Declaration of Attorney Harry S. Davis in Support of Plaintiff's Opposition, shall be filed **UNDER SEAL.** Redacted versions shall be filed on the public docket.

IT IS SO ORDERED.

DATED: September 02, 2025

HON. JAMES V. SELNA