**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

MASIMO CORPORATION,

Plaintiff,

vs.

JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,

Defendants.

Case No.: 2:25-cv-03188-JVS-JDE
Hon. James V. Selna

**ORDER GRANTING RTW DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY MICHAEL E. SWARTZ AND QUINN EMANUEL URQUHART & SULLIVAN LLP [213]**

[*Filed concurrently with Application to File Under Seal, Declaration of Warren A. Koshofer in support of, and Redacted Reply proposed tofiled under seal* ]

Having considered the RTW Defendants' application for leave to file under seal the reply in support of the RTW Defendants' Motion to Disqualify Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan, LLP (the "Application"), the Court finds that good cause exists for sealing the requested information.

Therefore, IT IS HEREBY ORDERED that the Application is GRANTED. The RTW Defendants' Swartz/Quinn Reply Brief shall be filed under seal, and a redacted version shall be filed on the public docket.

DATED: September 15, 2025

HON. JAMES V. SELNA