SANFORD L. MICHELMAN, ESQ. (SBN 179702)
smichelman@mrllp.com
MONA Z. HANNA, ESQ. (SBN 131439)
mhanna@mrllp.com
WARREN A. KOSHOFER, ESQ. (SBN 213350)
wkoshofer@mrllp.com
MOLLY F. WOLFE, ESQ. (*admitted pro hac vice*)
mwolfe@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

Attorneys for Defendants,
RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, AND RTW FUND GROUP GP, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

MASIMO CORPORATION,

Plaintiff,

vs.

JOE E. KIANI, RODERICK WONG, NAVEEN YALAMANCHI, RTW INVESTMENTS, LP, RTW INVESTMENTS GP, LLC, RTW MASTER FUND, LTD., RTW OFFSHORE FUND ONE, LTD., RTW ONSHORE FUND ONE, LP, RTW INNOVATION MASTER FUND, LTD., RTW INNOVATION OFFSHORE FUND, LTD., RTW INNOVATION ONSHORE FUND, LP, and RTW FUND GROUP GP, LLC,

Defendants.
`

Case No.: 2:25-cv-03188-JVS-JDE
Hon. James V. Selna

**NOTICE OF TIMELY FILING RE RTW DEFENDANTS' REPLY TO ITS MOTION TO DISQUALIFY MICHAEL E. SWARTZ AND QUINN EMANUEL URQUHART & SULLIVAN LLP**

Hearing Date: September 22, 2025
Time: 1:30 p.m.
Courtroom: 10C

**NOTICE IS HEREBY GIVEN** that on July 18, 2025, defendants RTW Investments, LP, RTW Investments GP, LLC, RTW Master Fund, Ltd., RTW Offshore Fund One, Ltd., RTW Onshore Fund One, LP, RTW Innovation Master Fund, Ltd., RTW Innovation Offshore Fund, Ltd., RTW Innovation Onshore Fund, LP, RTW Fund Group GP, LLC, Roderick Wong, and Naveen Yalamanchi (collectively, the "RTW Defendants") and Masimo Corporation ("Plaintiff") (together with the RTW Defendants, the "Parties") submitted to the Court a joint stipulation and proposed order setting:

(a) the hearing date on Plaintiff's Motion to Disqualify Michael E. Swartz and Quinn Emanuel Urquhart & Sullivan, LLP from representing Plaintiff in this Action ("Swartz/Quinn Motion," ECF 187) for September 22, 2025;

(b) the deadline for Plaintiff's Opposition to the Swartz/Quinn Motion as August 28, 2025; and

(c) the deadline for the RTW Defendants' Reply in support of the Swartz/Quinn Motion as September 15, 2025. (ECF 191).

The Court issued an order approving the foregoing briefing schedule without modification on July 21, 2025. (ECF 192). In accordance with that order, the RTW Defendants timely filed their Reply on September 15, 2025. (ECF 213-214).

Dated: September 18, 2025

Respectfully submitted,

By: *__/s/ Warren A. Koshofer__*
Sanford L. Michelman
Mona Z. Hanna
Warren A. Koshofer
Molly F. Wolfe (*admitted pro hac vice*)

*Attorneys for Defendants Roderick Wong, Naveen Yalamanchi, RTW Investments, LP, RTW Investments GP, LLC, RTW Master Fund, Ltd., RTW Offshore Fund One, Ltd., RTW Onshore Fund One, LP, RTW Innovation Master Fund, Ltd., RTW Innovation Offshore Fund, Ltd., RTW Innovation Onshore Fund, LP, and RTW Fund Group GP, LLC*