UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03188-JVS(JDEx) Date: October 28, 2025

Title Masimo Corporation v. Joe E. Kiani et al

Present: The Honorable: **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: [IN CHAMBERS]** ORDER RE SCHEDULING DATES

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Court Trial** **March 16, 2027, at 8:30 a.m.**
File Findings of Fact and Conclusions of Law by March 9, 2027
**Final Pretrial Conference** **March 1, 2027, at 11:00 a.m.**
File Pretrial Documents not later than February 23, 2027
File motions in limine not later than February 1, 2027
**Discovery Cut-off** **December 1, 2026**
**Expert Discovery Cut-off** **January 22, 2027**
Initial disclosure of Experts not later than December 1, 2026
Rebuttal disclosure of Experts not later than December 22, 2026
**Law and Motion Cut-off** **January 25, 2027, at 1:30 p.m.**
Motions to be filed and served not later than December 28, 2026

Counsel informs the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR 3, private mediation. The Court orders that any settlement discussions shall be completed not later than December 18, 2026. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide regarding settlement negotiations not later than seven (7) days after the settlement conference.

The Scheduling Conference set for November 3, 2025, at 10:30 a.m. is ordered VACATED.

cc: ADR Coordinator